IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JUDY CRAMER,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>C. HARPER FORD,<br><br>　　　　Defendant. | Civil Action No. 2:21-cv-00412-PLD |

## JOINT STIPULATION OF DISMISSAL

**To the Clerk of the United States District Court for the Western District of Pennsylvania:**

As this matter has been settled by the parties, please mark the above-captioned case voluntarily dismissed with prejudice under Federal Rule of Civil Procedure 41(a), the parties to bear their own costs and attorneys' fees.

SO STIPULATED AND AGREED:

| | |
|---|---|
| ROTHMAN GORDON P.C. | LITCHFIELD CAVO, LLP |
| */s/ Samuel J. Cordes* | */s/ Trisha A. Gill* |
| Samuel J. Cordes | Trisha A. Gill |
| 310 Grant Street, Third Floor | Two Gateway Center |
| Pittsburgh, PA 15219 | 603 Stanwix Street, 10th Floor |
| sjcordes@rothmangordon.com | Pittsburgh, PA 15222 |
| Phone:  (412) 338-1163 | gill@litchfieldcavo.com |
| | Phone:  (412) 291-8240 |
| *Attorney for Plaintiff, Judy Cramer* | *Attorney for Defendant,*<br>*C. Harper Ford, Inc.* |